# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-1924

———————————————

Venancio Odilo Avila-Morales

*Petitioner*

v.

Loretta E. Lynch, Attorney General of United States

*Respondent*

—————————

Petition for Review of an Order of the
Board of Immigration Appeals

—————————

Submitted: October 30, 2015
Filed: November 9, 2015
[Unpublished]

—————————

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

—————————

PER CURIAM.

Venancio Odilo Avila-Morales, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals affirming an immigration judge's denial of his applications for asylum and withholding of removal. After careful consideration of the record and the parties' submissions, see Matul-Hernandez v. Holder, 685 F.3d 707, 710-13 (8th Cir. 2012), we deny the petition, because we

conclude that substantial evidence supports the finding that Avila-Morales failed to establish past persecution or a well-founded fear of future persecution, on account of any protected ground, see Uli v. Mukasey, 533 F.3d 950, 955, 958 (8th Cir. 2008). The petition for review is denied.  See 8th Cir. R. 47B.

_____